# Court of Appeals
# of the State of Georgia

ATLANTA,   March 01, 2024

*The Court of Appeals hereby passes the following order:*

**A24A0999. TYLER ADKINS v. THE STATE.**

On February 2, 2024, Tyler Adkins filed a pro se notice of appeal from a trial court order that was entered on December 15, 2021. We lack jurisdiction because the order is untimely.

A notice of appeal must be filed within 30 days after entry of the order on appeal. OCGA § 5-6-38 (a). The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court. *Davis v. State*, 330 Ga. App. 711, 711 (769 SE2d 133) (2015). Here, Adkins's notice of appeal was filed more than two years after entry of the trial court's order. Accordingly, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,   03/01/2024*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_Stephen E. Castlen_____ *, Clerk.*